# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00097-CV

**In re Bruce Wayne Harkey**

### ORIGINAL PROCEEDING FROM SAN SABA COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed: June 29, 2018